IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CLEVELAND INTEGRITY SERVICES, INC., AND | ) ) |
| (2) RANDY BYERS, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 11-CV-467-CVE-PJC |
| (1) ENGLOBAL CORPORATION, (2) ENGLOBAL CONSTRUCTION RESOURCES, INC. | ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41, the parties hereby stipulate that Plaintiffs' claims are hereby dismissed with prejudice. Defendants' counterclaim of tortious interference with business relations is hereby dismissed without prejudice. The remainder of Defendants' counterclaims are dismissed with prejudice. The parties agree that they shall bear their own respective attorneys' fees and costs incurred in connection with this action.

APPROVED AS TO CONTENT AND FORM:

| | |
|---|---|
| *s/ Michael E. Esmond* | *s/ Rebecca M. Fowler* |
| Jessie V. Pilgrim, OBA #11152 | *(Signed by Filing Attorney with permission of* |
| Michael E. Esmond, OBA #20481 | *Plaintiffs' Attorneys)* |
| Scott V. Morgan, OBA #30183 | Rebecca M. Fowler, OBA No. 13682 |
| Moyers, Martin, Santee & Imel, LLP | Tom Q. Ferguson, OBA No. 12288 |
| 1100 Mid-Continent Tower | DOERNER, SAUNDERS, DANIEL & |
| 401 S. Boston Avenue | ANDERSON, L.L.P. |
| Tulsa, Oklahoma  74103 | Two West Second Street, Suite 700 |
| Telephone: (918) 582-5281 | Tulsa, Oklahoma 74103 |
| Facsimile: (918) 585-8318 | Telephone (918) 591-5251 |
| jpilgrim@moyersmartin.com | Facsimile (918) 925-5251 |
| esmond@moyersmartin.com | rfowler@dsda.com |
| | tferguson@dsda.com |
| Attorneys for Plaintiffs | |
| | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jessie V. Pilgrim                     Michael E. Esmond
(jpilgrim@moyersmartin.com            esmond@moyersmartin.com

Scott V. Morgan
svmorgan@moyersmartin.com


                                      */s/ Rebecca M. Fowler*
                                      Rebecca M. Fowler